**RECEIVED**

FEB 0 6 2017

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT

· FOR THE STATE OF MINNESOTA

17 cv 392 MJD/SER

CASE NO.

PLAINTIFFS

ANTHONY HARRIS, FRANCAL JACKSON

VS.                                                    JUDGE.

DEFENDANTS

MAPLEWOOD, MN POLICE DEPT., JOHN DOE
(ARRESTING OFFICERS DESCRIBED IN THIS COMPLAINT)
MAPLEWOOD, MN MENARDS, JANE AND JIM DOE
(EMPLOYEES RESPONSIBLE FOR JOINTLY PARTICIPATING IN ARREST)

DEFENDANTS ARE WHOM HAVING UNLAWFULLY DETAINED
AND ARRESTED PLAINTIFFS AS DESCRIBED IN THIS
COMPLAINT

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42
SECTION 1983 U.S. CODE.

I. PLAINTIFFS:

NAME: ANTHONY HARRIS 1.D#2016-0323129

ADDRESS: P.O. BOX 089002

CHICAGO, IL 60608

NAME:

NAME: FRANCAL JACKSON

ADDRESS: 7445 S. EUCLID PARKWAY DR.

CHICAGO, IL 60649

SCANNED

p.1 of 8

FEB 0 6 2017

U.S. DISTRICT COURT ST. PAUL.

II. DEFENDANTS

NAME: MAPLEWOOD POLICE DEPARTMENT., JOHN DOE
ADDRESS: MAPLEWOOD, MN (PRESENTLY UNKNOWN).

NAME: MENARDS., JANE AND JIM DOE
ADDRESS: MAPLEWOOD, MN (PRESENTLY UNKNOWN).

III. PLAINTIFFS LITIGATION HISTORY
PLAINTIFF HAS NEVER FILED A COMPLAINT WITH THE
U.S. DISTRICT COURT.

IV. STATEMENT OF CLAIM

ON OR ABOUT THE DATE OF FEBRUARY 14, 2015, PLAINTIFF
ANTHONY HARRIS (HEREIN AFTER REFERRED TO AS HARRIS) WAS
DOING WORK-RELATED SHOPPING AT THE MENARDS STORE.
THE SUPPLIES HARRIS WAS SHOPPING FOR WERE VITALLY
NECESSARY FOR THE FINALIZATION OF A PROPERTY SELL
THAT WAS TO BE COMPLETED THE NEXT DAY BY HARRIS
EMPLOYER.
     HARRIS HAD A LIST OF ITEMS TO BE PURCHASED
AND A PRE SIGNED CHECK FOR THE PURCHASE (PROVIDED
BY HARRIS EMPLOYER). AFTER HARRIS LOCATED WITHIN
THE PROPER ITEMS SOUGHT ON LIST, HARRIS WENT TO
CHECK OUT COUNTER, AT WHICH TIME THE CASHIER
PROCESSED THE PURCHASE, ACCEPTING THE CHECK
WITHOUT ISSUES OR CONCERNS AND RETURNED TO HARRIS
IS I.D. ALONG WITH A RECEIPT FOR THE PURCHASE.

P2 of 8

HARRIS THEN WENT TO LOADING DOCKS WITH HIS RECEIPT SEEKING ASSISTANCE TO HELP HIM LOAD MATERIALS INTO WORK-VEHICLE HARRIS WAS DRIVING. WHILE HARRIS WAS WAITING BY THE LOADING DOCKS FOR ASSISTANCE SEVERAL OFFICERS (DEFENDANTS IN COMPLAINT) CAME RUNNING TOWARDS HARRIS WITH WEAPONS (GUNS) DRAWN, YELLING A COMMAND FOR HARRIS TO "LAY ON THE GROUND" HARRIS COMPLIED WITH THE COMMAND AND LAID ON THE GROUND.

WHILE HARRIS WAS ON THE GROUND (3) OFFICERS (DEFENDANTS IN COMPLAINT) USED EXCESSIVE FORCE BY WAY EACH (OFFICER) PUT A KNEE OR FOOT ON A DIFFERENT PART OF HARRIS BODY ALLOWING THEIR FULL BODY MASS TO RESTRICT MOVEMENT AND BREATHING CAUSING PAIN, WHILE A SINGLE (OFFICER) HANDCUFFED HARRIS. AT NO POINT DID HARRIS SHOW ANY SIGNS OF AGGRESSION OR ATTEMPT TO FLEE THAT COULD POSSIBLY JUSTIFY THE (DEFENDANT OFFICERS) USE OF EXCESSIVE FORCE.

AFTER BEING HANDCUFFED AND SEARCHED (DEFENDANT OFFICERS) WALKED HARRIS THROUGH THE STORE, PARADING HARRIS AROUND THE STORE LIKE A CRIMINAL TO WHERE A STORE EMPLOYEE (JANE AND JIM DOE) WAS LOCATED WHILE MAKING THIS WALK HARRIS ASKED (DEFENDANT OFFICERS) "WHAT WAS GOING ON?" ONE OF THE (DEFENDANT OFFICERS) RESPONSE WAS THAT (DEFENDANTS JANE AND JIM) CLAIMED HARRIS HAD FRAUDULENT CHECKS. AT AROUND THIS TIME (JANE AND JIM DEFENDANTS) INFORMED THE (DEFENDANT OFFICERS JOHN) THAT HARRIS HAD

p. 3 of 8

ENTERED THE STORE LOT WITH FEMALE THAT WAS THE PASSENGER IN THE VEHICLE HARRIS WAS DRIVING. THE YOUNG LADY WAS PREGNANT AT THE TIME AND IS THE MOTHER OF PLAINTIFF HARRIS CHILD. HER NAME IS FRANCAL JACKSON AND SHE IS ALSO A PLAINTIEF IN THIS COMPLAINT.

THE (DEFENDANT OFFICERS) THEN HANDCUFFED MS. JACKSON, AND THEN PLACED HARRIS AND MS. JACKSON IN A POLICE CAR. HARRIS AND MS. JACKSON (IS FRANCAL JACKSON WHO WILL BE REFERRED TO HEREIN AFTER AS MS. JACKSON). ASK (DEFENDANT JOHNS) WHY WAS MS. JACKSON BEING ARRESTED. THE (DEFENDANT JOHNS DOE) RESPONDED BY SAYING THAT THEY DID NOT KNOW YET, AND THAT THEY WOULD FIGURE IT OUT LATER.

PRIOR TO (DEFENDANT OFFICERS) TAKING HARRIS AND MS. JACKSON TO THE MAPLEWOOD POLICE STATION (DEFENDANTS OFFICERS) HAD HARRIS STEP OUT OF THE POLICE CAR SO THAT ONE OF THE (DEFENDANT JANE AND JIM) MENARDS EMPLOYEES COULD TAKE A PHOTO OF HARRIS AND INFORM HIM THAT HE IS PROHIBITED FROM ENTERING ANY MENARDS LOCATIONS NATIONWIDE EVER AGAIN. THIS HAPPENED AT THE FRONT ENTERANCE OF THE STORE WHILE MANY CUSTOMER WERE STILL ENTERING AND EXISTING THE STORE.

APPROXIMATELY FOUR HOURS AFTER HARRIS AND MS. JACKSON WERE PROCESSED (FINGER-PRINTED AND PHOTOGRAPHED) AT THE MAPLEWOOD POLICE STATION IN MAPLEWOOD, MN. HARRIS AND MS. JACKSON WAS RELEASED WITHOUT BEING INFORMED OF ANY CHARGES AGAINST THEM, NOR INFORMED OF ANY FUTURE COURT DATES THAT MAY HAVE BEEN REQUESTED.

IN THE PROCEDURE OF PLACING PLAINTIFFS HARRIS AND MS. JACKSON IN JAIL CELLS, (DEFENDANT OFFICERS) CONFISCATED HARRIS AND MS. JACKSON PERSONAL PROPERTY AMONGST THEM ITEMS WERE CELL PHONES, RENTAL TRUCK HARRIS WAS DRIVING. WHEN RELEASED FROM JAIL HARRIS AND MS. JACKSON WAS INFORMED THAT THEY WOULD HAVE TO RETRIEVE THEIR PROPERTY FROM ANOTHER LOCATION. UNFORTUNATELY, DUE TO HARRIS AND MS. JACKSON UNFAMILIARITY WITH THE CITY + STATE, HARRIS NOT HAVING HELP FROM (OFFICERS) NOR ACCESS TO THE VEHICLE HE WAS DRIVING. HARRIS AND MS. JACKSON HAD TO LIVE A DAY HOMELESS (OVERNIGHT) RIDING BUSES AND TRAINS FOR SHELTER AND SOME SEMBLANCE OF SAFETY.

WHEN HARRIS AND MS. JACKSON FINALLY WAS ABLE TO RETURN TO THEIR HOTEL, THE STAFF THERE INFORMED HARRIS AND MS. JACKSON THAT THEIR PERSONAL PROPERTY HAD BEEN DISPOSED OF AT CHECK-OUT TIME BY HOUSE KEEPING. BELIEVING THEY HAD LIED AND THAT THE HOTEL STAFF HAD ACTUALLY STOLEN VALU    PROPERTY HARRIS AND MS. JACKSON WENT TO ANOTHER HOTEL AND USED THEIR INTERNET SYSTEM TO CONTACT HARRIS

EMPLOYER.

HARRIS EMPLOYER INFORMED HARRIS THAT SHE (HARRIS EMPLOYER) WAS BEHIND IN WORK AND VERY BUSY, THAT THE INCIDENT CAUSED HER AND HER INVESTORS TENS OF THOUSAND OF DOLLARS. NEVERTHELESS, SHE (HARRIS EMPLOYER) PAID FOR ARE ROOM VIA ONLINE WHERE WE REMAINED UNTIL LATER IN THE EVENING WHEN WE WERE TAKEN TO TRAIN STATION & BUSES STATION WHERE SHE PAID THEIR WAY BACK HOME. WHERE THE EMPLOYER INFORMED HARRIS THAT SHE WOULD BE IN TOUCH WITH HARRIS WHEN SHE HAD FUTURE EMPLOYMENT OPPORTUNITIES AVAILABLE.

IV. CONSTITUTIONAL CLAIMS.

PLAINTIFFS: ANTHONY HARRIS AND FRANCAL JACKSON NOW JOINTLY ALLEGE THAT THE DEFENDANTS VIOLATED THEIR CIVIL RIGHTS, AS FOLLOWS.

(1) AT NO POINT IN THE INCIDENT DESCRIBED IN THIS COMPLAINT DID THE JANE AND JIM DOE (EMPLOYEES OF MENARDS STORE), OR ANY OTHER DEFENDANT IN THIS COMPLAINT, OBSERVE OR BECOME KNOWLEDGEABLE OF HARRIS OR MS JACKSON COMMITTING ANY ACTS THAT WOULD LEAD A REASONABLE PERSON TO BELIEVE THAT HARRIS OR MS JACKSON HAD, OR WERE IN THE PROCESS OF COMMITTING A CRIME.

(2) DEFENDANTS JANE AND JIM DOE ACTIONS OF

CONTACTING THE MAPLEWOOD POLICE DEPARTMENT AND

ALLEGING THAT HARRIS OR MS. JACKSON HAD COMMITTED OR WERE COMMITTING A CRIME, WHEN THEY HAD NO KNOWLEDGE TO BASE THIS MERE SUSPICION AND/OR ALLEGATIONS UPON CONSTITUTED DEFENDANTS JANE AND JIM DOE BEING JOINT PARTICIPANTS WITH THE DEFENDANTS (JOHN DOE OFFICERS), ACTS OF UNLAWFULLY ARRESTING AND DETAINING HARRIS AND MS. JACKSON.

(3) HARRIS AND MS. JACKSON NOW CLAIM THAT THEIR UNLAWFUL DETENTION AND ARREST WERE MOTIVATED BY THE UNLAWFUL RASICAL PROFILING OF DEFENDANTS JANE AND JIM DOE, POLICY MAKERS OF THE MENARDS STORE AND THE (DEFENDANT OFFICERS) OF THE MAPLEWOOD POLICE DEPARTMENT.

(4) HARRIS AND MS. JACKSON NOW CLAIMS THAT THE DEFENDANTS NAMED IN THIS COMPLAINT VIOLATED HARRIS' AND MS. JACKSON RIGHTS GUARANTEED UNDER THE FOURTH AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

(5) HARRIS AND MS. JACKSON NOW CLAIMS THAT THE DEFENDANTS ARE LEGALLY LIABLE TO THE PLAINTIFFS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

## VI    INJURIES

PLAINTIFFS: HARRIS AND MS. JACKSON CLAIMS THAT ALONG WITH THE EMOTIONAL DURESS CAUSED BY HAVING DEFENDANT OFFICERS DRAWN WEAPONS IN PUBLIC, PUBLIC HUMILITY, PHYSICAL DISTRAUGHT, BEING UNLAWFULLY DETAINED AND ARRESTED, LOSS OF PERSONAL PROPERTY, LOSS OF EMPLOYMENT AND INCOME EARNED, HAVING SUFFERED BEING HOMELESS (WITHOUT SHELTER OVERNIGHT) AND ARE PRESENTLY SUFFERING FROM VARYING DEGREES AND FORMS OF MENTAL / EMOTIONAL STRESS AND ANGUISH WHICH CANNOT PRESENTLY BE ADEQUATELY ARTICULATED.

## VII    RELIEF

PLAINTIFFS ARE REQUESTING THAT THIS HONORABLE COURT GRANTS THEM COMPENSATORY AND PUNITIVE DAMAGE

RESPECTFULLY
SUBMITTED

ANTHONY HARRIS

p. 8 of 8