# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Harris, | Civil No. 17-CV-392 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Maplewood Police Department, Menard Inc., John Doe, Jane Doe, and Jim Doe, | |
| Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated June 18, 2018 [Docket No. 81]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Menard, Inc.'s ("Menards") Motion to Dismiss [Doc. No. 30] is **GRANTED**; and

2. Plaintiff Anthony Harris's claims against Mendard Inc. ("Menards") are **DISMISSED without prejudice**.

Dated: July 27, 2018

*s/Michael J. Davis*
Michael J. Davis
United States District Court Judge