# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Harris, | Case No. 17-cv-392 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Maplewood Police Department; and John Doe, Arresting Officer, | |
| Defendants. | |

Anthony Harris, *Pro Se*, (for Plaintiff); and

Joseph E. Flynn and Tal A. Bakke, Jardine Logan & O'Brien PLLP, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, Minnesota 55042; and Tal A. Bakke, (for Defendant).

The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Maplewood Police Department's Motion to Dismiss as a Discovery Sanction Pursuant to Rule 37, (ECF No. 83), is **DENIED.** Plaintiff is prohibited from introducing any requested

discovery into evidence or using any of the requested discovery in his claims or defenses.

Dated: January 17, 2019

s/ Michael J. Davis  
MICHAEL J. DAVIS  
United States District Court